THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
California Bar Number 187176
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant,
    Commissioner of Social Security

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ALBA RABADI, Widow of John A. Rabadi,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | EDCV 03-774 MAN<br><br>**JUDGMENT OF REMAND** |

Pursuant to the Court's Order Remanding Case Pursuant To Sentence Four Of 42 U.S.C. § 405(g) And For Entry Of Judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of the Social Security Administration for further proceedings consistent with the parties' Stipulation filed on October 7, 2008.

DATE: October 15, 2008

                                      /s/
                        MARGARET A. NAGLE
            UNITED STATES MAGISTRATE JUDGE